UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERA GARCIA, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>HOST INTERNATIONAL, INC.; HMS HOST USA, INC.; and DOES 1 through 20, inclusive,<br><br>                                    Defendants. | Case No.:  18cv0173-GPC (BLM)<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE DATE OF TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DATES, FINDING ENE INAPPROPRIATE, AND VACATING CONFERENCE**<br><br>**[ECF NO. 10]** |

On February 26, 2018 the parties filed an *Ex Parte* Application to Continue Date of Telephonic Early Neutral Evaluation Conference and Related Dates.  ECF No. 10.  The parties seek to continue the Early Neutral Evaluation Conference ("ENE") currently scheduled for March 8, 2018 to a date after May 14, 2018.  Id. at 3.  In support, the parties state that (1) defendant's motion to dismiss, stay or other form of relief in favor of a prior action is set for hearing on May 11, 2018, (2) the parties have a mediation scheduled for March 15, 2018 in an earlier-filed case that has "substantially similar claims as the Plaintiff" in this case, and (3) the parties are discussing a potential stipulation to transfer this action to the Northern District where the earlier-filed case is currently pending.  Id. at 2-3.

Because Civil Local Rule 16.1(c) requires that an ENE take place within forty-five (45) days of the filing of an answer, the Court **DENIES** the parties' motion. However, given the status and content of the pleadings, the Court finds it inappropriate to convene an ENE at this time and **VACATES** the ENE and Case Management Conference ("CMC") currently scheduled for March 8, 2018 and all related dates. See CivLR 16.1(c)(1) (explaining that "[t]he judicial officer will hold such conferences as he or she deems appropriate"). The parties are **ORDERED** to contact the chambers of Judge Major within three (3) days of the Court's ruling on defendant's pending motion to dismiss, stay, or other form of relief in favor of a prior action [ECF No. 5] so that the Court may reschedule a CMC or other dates as necessary.

It is so ORDERED.

Dated: 2/26/2018

Hon. Barbara L. Major
United States Magistrate Judge

18cv0173-GPC (BLM)