UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERA GARCIA, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HOST INTERNATIONAL, INC., a Delaware corporation; HMS HOST USA INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 18cv0173-GPC(BLM)<br><br>**ORDER** |

On March 26, 2018, the Court granted the parties' joint motion to stay the case pending a global settlement involving four other related actions. (Dkt. No. 13.) On February 8, 2019, the parties filed a joint status report pursuant to the Court's order. (Dkt. No. 17.) The parties indicated that preliminary approval of claims covering the settlement in the related actions was approved in <u>Joshue Garcia, et al. v. HMS Host USA, Inc.</u>, Case No. 17cv3069-RS in the Northern District of California on January 29, 2019 and the parties anticipate the Final Approval Hearing will be held in June 2019.

/ / / /

/ / / /

Accordingly, the Court directs that the parties file another status report of the settlement or a joint motion to dismiss the case on or before **September 1, 2019**.

IT IS SO ORDERED.

Dated: February 14, 2019

Hon. Gonzalo P. Curiel
United States District Judge