1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT FOR
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERA GARCIA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOST INTERNATIONAL, INC., a Delaware corporation; HMS HOST USA INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00173-GPC (BLM)<br><br>[Hon. Gonzalo P. Curiel, Crtm. 2D]<br><br>**ORDER VOLUNTARILY DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i) AND VOLUNTARILY DISMISSING PLAINTIFF'S CLASS CLAIMS WITHOUT PREJUDICE UNDER FED. R. CIV. P. 23(e)** |

ORDER GRANTING VOLUNTARY DISMISSAL OF ENTIRE ACTION UNDER RULE FED. R. CIV. P. 41(a)(1)(A)(i) & 23

1

The Court, having considered Plaintiff Sera Garcia's Notice of Dismissal under Federal Rule 41 and 23(e), and good cause being found, orders as follows:

1. Plaintiff Sera Garcia's individual claims in this case are dismissed with prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; and

2. Plaintiff's class action claims are dismissed without prejudice under Rules 23(e) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  July 3, 2019

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge